NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: MIODRAG KOSTIC, GUY VANDEVELDE,**

*Appellants*

_____

2023-1437

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 16/667,530.

_____

## O R D E R

The Appellants having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the

2                                                     IN RE: KOSTIC

    same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT


February 5, 2024
Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** February 5, 2024